

# SERVICE REQUEST FORM

**Amalia Rodriguez–Mendoza**

District Clerk, Travis County

Civil Division (512) 854–9457

---

**REQUESTED BY:**

| | | | |
|---|---|---|---|
| **ATTORNEY/FILER:** | JESSICA GUOBADIA | **SUBMITTED BY:** | PMCCULLOCH |
| **PHONE #:** | 281/796-6920 | **TITLE:** | LEGAL ASSISTANT |
| **EMAIL:** | PMCCULLOCH@TUREKDEVORE.COM | **SIGNATURE:** | *JMcCulloch* |

---

**ISSUE PROCESS FOR:**

**CAUSE #:**        **CASE STYLE:** Seton Family of Hospitals d/b/a et al v. Humana Insurance Company, et al.

---

**QUICK CITATION REQUEST:** (FOR SERVICE OF CITATION ON ALL DEFENDANTS BY PERSONAL

ISSUE CITATION TO ALL DEFENDANTS LISTED IN THE ORIGINAL PETITION AT THE ADDRESS SPECIFIED IN THE PETITION AND FORWARD THE CITATION(S) TO THE FOLLOWING:

☐TRAVIS CO. CONSTABLE (specify):      ☐CERTIFIED MAIL BY CLERK    ■ATTORNEY/REQUESTER

☐PRIVATE PROCESS AGENCY (specify):      ☐I HAVE INCLUDED ATTACHMENTS TO THIS REQUEST (e.g. DISCOVERY) TO INCLUDE

---

**DETAILED SERVICE REQUEST:** (ON PARTICULAR PARTIES, BY VARIOUS DELIVERY METHODS, OR FOR NON-CITATION

| | |
|---|---|
| **DESRIPTION OF INSTRUMENT(S) TO BE SERVED:** | |
| ☐I HAVE INCLUDED ATTACHMENTS TO THIS REQUEST (e.g. discovery) TO INCLUDE IN THE CITATION | |
| **TYPE OF PROCESS TO ISSUE:** | ☐CITATION ☐CERTIFIED NOTICE ☐PROTECTIVE ORDER* ☐TRO*^ ☐INJUNCTION*^ ☐SEQUESTRATION*^ ☐ATTACHMENT* ☐EXECUTION* ☐ABSTRACT* ☐SUPERSEDEAS^ ☐SCIRE FACIAS* ☐OTHER^ |
| *SPECIFY TITLE AND DATE OF UNDERLYING ORDER IN CASE RECORD: | ^ATTACH A COPY OF BOND AND/OR OTHER SUPPORTING DOCUMENT |

---

**SERVICE TO BE ISSUED:**

| PARTY | EMAIL PROCESS TO: | SERVE VIA: |
|---|---|---|
| **PARTY NAME:** Humana Insurance Company<br>**PARTY TYPE:** Defendant<br>■USE ADDRESS IN ORIGINAL PETITION ☐SECRETARY OF STATE<br>☐OTHER ADDRESS: | ☐TRAVIS CO. CONSTABLE<br>■ATTORNEY/REQUESTOR<br>☐PRIVATE PROCESS AGENCY:<br>Process Agency Name: | ☐PERSONAL SERVICE<br>☐CERTIFIED MAIL (BY CONSTABLE)<br>☐CERTIFIED MAIL (BY CLERK)<br>☐CITATION BY POSTING*<br>☐CITATION BY PUBLICATION* |
| **PARTY NAME:**<br>**PARTY TYPE:**<br>☐USE ADDRESS IN ORIGINAL PETITION ☐SECRETARY OF STATE<br>☐OTHER ADDRESS: | ☐TRAVIS CO. CONSTABLE<br>☐ATTORNEY/REQUESTOR<br>☐PRIVATE PROCESS AGENCY:<br>Process Agency Name: | ☐PERSONAL SERVICE<br>☐CERTIFIED MAIL (BY CONSTABLE)<br>☐CERTIFIED MAIL (BY CLERK)<br>☐CITATION BY POSTING*<br>☐CITATION BY PUBLICATION* |
| **PARTY NAME:**<br>**PARTY TYPE:**<br>☐USE ADDRESS IN ORIGINAL PETITION ☐SECRETARY OF STATE<br>☐OTHER ADDRESS: | ☐TRAVIS CO. CONSTABLE<br>☐ATTORNEY/REQUESTOR<br>☐PRIVATE PROCESS AGENCY:<br>Process Agency Name: | ☐PERSONAL SERVICE<br>☐CERTIFIED MAIL (BY CONSTABLE)<br>☐CERTIFIED MAIL (BY CLERK)<br>☐CITATION BY POSTING*<br>☐CITATION BY PUBLICATION* |

*THIS TYPE OF SERVICE MAY REQUIRE A COURT ORDER. ENTER DATE OF SERVICE ORDER IN CASE RECORD:

ADDITIONAL INSTRUCTIONS FOR CLERK OR FOR OFFICER SERVING PROCESS:

---

**FOR ADDITIONAL PARTIES TO BE SERVED, USE e-FILED PROCESS ISSUANCE REQUEST FORM ADDENDUM**

# EXHIBIT B

**AMALIA RODRIGUEZ-MENDOZA**
**TRAVIS COUNY DISTRICT CLERK**
**CIVIL DIVISION (512) 854-9457**

# SERVICE REQUEST FORM

| Cause #: | Case Style: | |
|---|---|---|

| PARTY NAME:<br><br>PARTY TYPE:<br><br>☐USE ADDRESS IN ORIGINAL PETITION ☐SECRETARY OF STATE<br>☐OTHER ADDRESS: | EMAIL PROCESS TO:<br>☐TRAVIS CO. CONSTABLE<br>☐ATTORNEY/REQUESTOR<br>☐PRIVATE PROCESS AGENCY:<br>Process Agency Name: | SERVE VIA:<br>☐PERSONAL SERVICE<br>☐CERTIFIED MAIL (BY CONSTABLE)<br>☐CERTIFIED MAIL (BY CLERK)<br>☐CITATION BY POSTING*<br>☐CITATION BY PUBLICATION* |
| PARTY NAME:<br><br>PARTY TYPE:<br><br>☐USE ADDRESS IN ORIGINAL PETITION ☐SECRETARY OF STATE<br>☐OTHER ADDRESS: | EMAIL PROCESS TO:<br>☐TRAVIS CO. CONSTABLE<br>☐ATTORNEY/REQUESTOR<br>☐PRIVATE PROCESS AGENCY:<br>Process Agency Name: | SERVE VIA:<br>☐PERSONAL SERVICE<br>☐CERTIFIED MAIL (BY CONSTABLE)<br>☐CERTIFIED MAIL (BY CLERK)<br>☐CITATION BY POSTING*<br>☐CITATION BY PUBLICATION* |
| PARTY NAME:<br><br>PARTY TYPE:<br><br>☐USE ADDRESS IN ORIGINAL PETITION ☐SECRETARY OF STATE<br>☐OTHER ADDRESS: | EMAIL PROCESS TO:<br>☐TRAVIS CO. CONSTABLE<br>☐ATTORNEY/REQUESTOR<br>☐PRIVATE PROCESS AGENCY:<br>Process Agency Name: | SERVE VIA:<br>☐PERSONAL SERVICE<br>☐CERTIFIED MAIL (BY CONSTABLE)<br>☐CERTIFIED MAIL (BY CLERK)<br>☐CITATION BY POSTING*<br>☐CITATION BY PUBLICATION* |
| PARTY NAME:<br><br>PARTY TYPE:<br><br>☐USE ADDRESS IN ORIGINAL PETITION ☐SECRETARY OF STATE<br>☐OTHER ADDRESS: | EMAIL PROCESS TO:<br>☐TRAVIS CO. CONSTABLE<br>☐ATTORNEY/REQUESTOR<br>☐PRIVATE PROCESS AGENCY:<br>Process Agency Name: | SERVE VIA:<br>☐PERSONAL SERVICE<br>☐CERTIFIED MAIL (BY CONSTABLE)<br>☐CERTIFIED MAIL (BY CLERK)<br>☐CITATION BY POSTING*<br>☐CITATION BY PUBLICATION* |
| PARTY NAME:<br><br>PARTY TYPE:<br><br>☐USE ADDRESS IN ORIGINAL PETITION ☐SECRETARY OF STATE<br>☐OTHER ADDRESS: | EMAIL PROCESS TO:<br>☐TRAVIS CO. CONSTABLE<br>☐ATTORNEY/REQUESTOR<br>☐PRIVATE PROCESS AGENCY:<br>Process Agency Name: | SERVE VIA:<br>☐PERSONAL SERVICE<br>☐CERTIFIED MAIL (BY CONSTABLE)<br>☐CERTIFIED MAIL (BY CLERK)<br>☐CITATION BY POSTING*<br>☐CITATION BY PUBLICATION* |
| PARTY NAME:<br><br>PARTY TYPE:<br><br>☐USE ADDRESS IN ORIGINAL PETITION ☐SECRETARY OF STATE<br>☐OTHER ADDRESS: | EMAIL PROCESS TO:<br>☐TRAVIS CO. CONSTABLE<br>☐ATTORNEY/REQUESTOR<br>☐PRIVATE PROCESS AGENCY:<br>Process Agency Name: | SERVE VIA:<br>☐PERSONAL SERVICE<br>☐CERTIFIED MAIL (BY CONSTABLE)<br>☐CERTIFIED MAIL (BY CLERK)<br>☐CITATION BY POSTING*<br>☐CITATION BY PUBLICATION* |
| PARTY NAME:<br><br>PARTY TYPE:<br><br>☐USE ADDRESS IN ORIGINAL PETITION ☐SECRETARY OF STATE<br>☐OTHER ADDRESS: | EMAIL PROCESS TO:<br>☐TRAVIS CO. CONSTABLE<br>☐ATTORNEY/REQUESTOR<br>☐PRIVATE PROCESS AGENCY:<br>Process Agency Name: | SERVE VIA:<br>☐PERSONAL SERVICE<br>☐CERTIFIED MAIL (BY CONSTABLE)<br>☐CERTIFIED MAIL (BY CLERK)<br>☐CITATION BY POSTING*<br>☐CITATION BY PUBLICATION* |
| PARTY NAME:<br><br>PARTY TYPE:<br><br>☐USE ADDRESS IN ORIGINAL PETITION ☐SECRETARY OF STATE<br>☐OTHER ADDRESS: | EMAIL PROCESS TO:<br>☐TRAVIS CO. CONSTABLE<br>☐ATTORNEY/REQUESTOR<br>☐PRIVATE PROCESS AGENCY:<br>Process Agency Name: | SERVE VIA:<br>☐PERSONAL SERVICE<br>☐CERTIFIED MAIL (BY CONSTABLE)<br>☐CERTIFIED MAIL (BY CLERK)<br>☐CITATION BY POSTING*<br>☐CITATION BY PUBLICATION* |
| PARTY NAME:<br><br>PARTY TYPE:<br><br>☐USE ADDRESS IN ORIGINAL PETITION ☐SECRETARY OF STATE<br>☐OTHER ADDRESS: | EMAIL PROCESS TO:<br>☐TRAVIS CO. CONSTABLE<br>☐ATTORNEY/REQUESTOR<br>☐PRIVATE PROCESS AGENCY:<br>Process Agency Name: | SERVE VIA:<br>☐PERSONAL SERVICE<br>☐CERTIFIED MAIL (BY CONSTABLE)<br>☐CERTIFIED MAIL (BY CLERK)<br>☐CITATION BY POSTING*<br>☐CITATION BY PUBLICATION* |
| PARTY NAME:<br><br>PARTY TYPE:<br><br>☐USE ADDRESS IN ORIGINAL PETITION ☐SECRETARY OF STATE<br>☐OTHER ADDRESS: | EMAIL PROCESS TO:<br>☐TRAVIS CO. CONSTABLE<br>☐ATTORNEY/REQUESTOR<br>☐PRIVATE PROCESS AGENCY:<br>Process Agency Name: | SERVE VIA:<br>☐PERSONAL SERVICE<br>☐CERTIFIED MAIL (BY CONSTABLE)<br>☐CERTIFIED MAIL (BY CLERK)<br>☐CITATION BY POSTING*<br>☐CITATION BY PUBLICATION* |
| PARTY NAME:<br><br>PARTY TYPE:<br><br>☐USE ADDRESS IN ORIGINAL PETITION ☐SECRETARY OF STATE<br>☐OTHER ADDRESS: | EMAIL PROCESS TO:<br>☐TRAVIS CO. CONSTABLE<br>☐ATTORNEY/REQUESTOR<br>☐PRIVATE PROCESS AGENCY:<br>Process Agency Name: | SERVE VIA:<br>☐PERSONAL SERVICE<br>☐CERTIFIED MAIL (BY CONSTABLE)<br>☐CERTIFIED MAIL (BY CLERK)<br>☐CITATION BY POSTING*<br>☐CITATION BY PUBLICATION* |
| PARTY NAME:<br><br>PARTY TYPE:<br><br>☐USE ADDRESS IN ORIGINAL PETITION ☐SECRETARY OF STATE<br>☐OTHER ADDRESS: | EMAIL PROCESS TO:<br>☐TRAVIS CO. CONSTABLE<br>☐ATTORNEY/REQUESTOR<br>☐PRIVATE PROCESS AGENCY:<br>Process Agency Name: | SERVE VIA:<br>☐PERSONAL SERVICE<br>☐CERTIFIED MAIL (BY CONSTABLE)<br>☐CERTIFIED MAIL (BY CLERK)<br>☐CITATION BY POSTING*<br>☐CITATION BY PUBLICATION* |

**\*This Type of Service may require a court order. Enter date of service order in case record:**



2/3/2015 9:34:52 AM

**Velva L. Price**
**District Clerk**
**Travis County**
**D-1-GN-14-005223**

C I T A T I O N

T H E   S T A T E   O F   T E X A S

**CAUSE NO. D-1-GN-14-005223**

SETON FAMILY OF HOSPITALS D/B/A DAUGHTERS OF CHARITY HEALTH SERVICE OF AUSTIN AND D/B/A
DELL CHILDREN'S MEDICAL CENTER AND D/B/A SETON MEDICAL CENTER WILLIAMSON AND D/B/A SETON
MEDICAL CENTER AUSTIN AND D/B/A SETON MEDICAL CENTER HAYS AND D/B/A SETON EDGAR B. DAVIS
HOSPITAL AND D/B/A SETON HIGHLAND LAKES HOSPITAL AND D/B/A SETON NORTHWEST HOSPITAL AND
D/B/A SETON PFLUGERVILLE HEALTHCARE CENTER AND D/B/A UNIVERSITY MEDICAL CENTER
BRACKENRIDGE AND D/B/A SETON SMITHVILLE REGIONAL HOSPITAL AND D/B/A SETON SOUTHWEST
HOSPITAL                                                                          , Plaintiff
    vs.
HUMANA INSURANCE COMPANY F/K/A EMPLOYERS HEALTH INSURANCE COMPANY

                                                                            , Defendant


TO:   HUMANA INSURANCE COMPANY
      F/K/A EMPLOYERS HEALTH INSURANCE COMPANY
      BY SERVING ITS REGISTERED AGENT, CORPORATION SERVICE COMPANY
      D/B/A CSC-LAWYERS INCORPORATING SERVICE COMPANY
      211 EAST 7TH STREET, SUITE 620
      AUSTIN, TEXAS 78701

Defendant, in the above styled and numbered cause:

**YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not file a written
answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the
expiration of twenty days after you were served this citation and petition, a default judgment may
be taken against you.**

Attached is a copy of the SETON FAMILY OF HOSPITALS' ORIGINAL PETITION of the PLAINTIFF in the
above styled and numbered cause, which was filed on DECEMBER 15, 2014 in the 200TH JUDICIAL
DISTRICT COURT of Travis County, Austin, Texas.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, December 16, 2014.,

REQUESTED BY:
JESSICA LEA DEWITT GUOBADIA
25227 GROGANS MILL RD., SUITE 100A
THE WOODLANDS, TX 77380-5015
BUSINESS PHONE:(281)296-6920  FAX:(281)296-0733

AMALIA RODRIGUEZ-MENDOZA
Travis County District Clerk
Travis County Courthouse
1000 Guadalupe, P.O. Box 679003 (78767)
Austin, TX 78701

PREPARED BY: HERNANDEZ KIRBY A

- - -- -- - -- - - - -- - R E T U R N - - -- - -- - - -- - - --
Came to hand on the _20th_ day of _January_ , _2015_ at _10:55_ o'clock _A_ M., and executed at _St_
_211 E. 7th St, Austin, Tx, Suite 620_ within the County of _Travis_ on the _21_ day
of _January_ , _2015_, at _12:08_ o'clock _P_ M.,
by delivering to the within named _Humana Insurance Company F/K/A Employers Health Insurance Co._ , each in person, a
true copy of this citation together with the SETON FAMILY OF HOSPITALS' ORIGINAL PETITION accompanying pleading,
having first attached such copy of such citation to such copy of pleading and endorsed on such copy of citation
the date of delivery.

_By Serving Registered agent Corporation_
_Service Company / Sue Vertrees_

Service Fee: $ _____

Sworn to and subscribed before me this the

_23_ day of _January, 2015._

Notary Public, THE STATE OF TEXAS

Sheriff / Constable / Authorized Person

By: _____
_Paul B. Logan_
Printed Name of Server _SCH 9196_

_Travis_ _____ County, Texas

D-1-GN-14-005223                        SERVICE FEE NOT PAID                    P01 - 000025829
☐Original  ☑Service Copy

CHERYL J LOGAN
My Commission Expires
January 31, 2016

11

**LONESTAR DELIVERY & PROCESS**
1064 Hercules Ave.
Houston, TX 77058
*LEGAL DEPT–KATIE NEWTON*

N HOUSTON
TX 773
29 JAN '15
PM 4 L



UNITED STATES POSTAGE
$000.48
PITNEY BOWES
02 1P
0000688647   JAN 28 2015
MAILED FROM ZIP CODE 77586

RECEIVED
FEB 02 2015

Turek DeVore
Attn: Patricia McCulloch
25227 Grogans Mill Road
Suite 100A
The Woodlands, Texas 77380
77380217801

