

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2018 FEB 28  PM 3: 04
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | | |
|---|---|---|
| SETON FAMILY OF HOSPITALS D/B/A DAUGHTERS OF CHARITY HEALTH SERVICE OF AUSTIN AND D/B/A DELL CHILDREN'S MEDICAL CENTER AND D/B/A SETON MEDICAL CENTER WILLIAMSON AND D/B/A SETON MEDICAL CENTER HAYS AND D/B/A SETON EDGAR B. DAVIS HOSPITAL AND D/B/A SETON HIGHLAND LAKES HOSPITAL AND D/B/A SETON NORTHWEST HOSPITAL AND D/B/A SETON PFLUGERVILLE HEALTHCARE CENTER AND D/B/A UNIVERSITY MEDICAL CENTER BRACKENDRIDGE AND D/B/A SETON SMITHVILLE AND REGIONAL HOSPITAL AND D/B/A SETON SOUTHWEST HOSPITAL,<br><br>   Plaintiffs,<br><br>VS.<br><br>HUMANA INSURANCE COMPANY AND HUMANA INSURANCE COMPANY F/K/A EMPLOYERS HEALTH INSURANCE COMPANY.<br><br>   Defendants. | §§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§ | 1:15-CV-145-LY |

## ORDER OF DISMISSAL WITH PREJUDICE

ON THIS DAY Defendants, Humana Insurance Company and Humana Insurance Company f/k/a Employers Health Insurance Company ("Defendants"), filed with the Court a Stipulation of Dismissal with Prejudice of all claims filed by Plaintiffs, Seton Family of Hospitals D/B/A Daughters of Charity Health Service of Austin and D/B/A Dell Children's Medical Center and D/B/A Seton Medical Center Williamson and D/B/A Seton Medical Center Hays and D/B/A Seton Edgar B. Davis Hospital and D/B/A Seton Highland Lakes

Hospital and D/B/A Seton Northwest Hospital and D/B/A Seton Pflugerville Healthcare Center and D/B/A/ University Medical Center Brackendridge and D/B/A Seton Smithville Regional Hospital and D/B/A Seton Southwest Hospital ("Plaintiffs") against the Defendants in the above-styled cause. The Court, having considered the Stipulation of Dismissal, is of the opinion that all claims asserted in the case should be dismissed with prejudice.

IT IS THEREFORE ORDERED that Plaintiffs' claims in the above-styled and numbered cause alleged against Defendant are dismissed with prejudice.

IT IS FURTHER ORDERED that this Order of Dismissal with Prejudice disposes of all parties and claims in this cause. Further, the parties shall each bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: Austin, Texas, _February_, _28_, 2018.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE

**AGREED:**

**CARABIN & SHAW, P.C.**
630 Broadway
San Antonio, Texas 78215
Telephone: (210) 222-2288
Facsimile: (210) 271-1515
Email: psadler@carabinshaw.com


By: /s/ Paul Sadler
    Paul Sadler
    State Bar No. 17512400

**SETON FAMILY OF HOSPITALS D/B/A DAUGHTERS OF CHARITY HEALTH SERVICE OF AUSTIN AND D/B/A DELL CHILDREN'S MEDIAL CENTER AND D/B/A SETON MEDICAL CENTER WILLIAMSON AND D/B/A SETON MEDICAL CENTER AUSTIN AND D/B/A SETON MEDICAL CENTER HAYS AND D/B/A SETON EDGAR B. DAVID HOSPITAL AND D/B/A SETON HIGHLAND LAKES HOSPITAL AND D/B/A SETON NORTHWEST HOSPITAL AND D/B/A SETON PFLUGERVILLE HEALTHCARE CENTER AND D/B/A UNIVERSITY MEDICAL CENTER BRACKENDRIDGE AND D/B/A SETON SMITHVILLE REGIONAL HOSPITAL AND D/B/A SETON SOUTHWEST HOSPITAL**

**PORTER, ROGERS, DAHLMAN & GORDON, PC**
Trinity Plaza II
745 East Mulberry, Suite 450
San Antonio, Texas 78212
Telephone:   (210) 736-3900
Facsimile:    (210) 736-1992


By:   */s/ Richard G. Foster*
   Richard G. Foster, Attorney-In-Charge
   State Bar No. 07295100
   Email: rfoster@prdg.com
   Raj S. Aujla
   State Bar No. 24064846
   Email: raujla@prdg.com
   Lisa P. Alcantar
   State Bar No. 24069284
   Email: lalcantar@prdg.com

Patrick P. Rogers
progers@prdg.com
State Bar No. 17184500
**PORTER, ROGERS, DAHLMAN & GORDON, P.C.**
2600 Via Fortuna, Suite 200
Austin, Texas 78746
Telephone:   (512) 505-5900
Facsimile:    (512) 472-7316

**ATTORNEYS FOR DEFENDANTS,
HUMANA INSURANCE COMPANY AND
HUMANA INSURANCE COMPANY F/K/A
EMPLOYERS HEALTH INSURANCE
COMPANY**